**FILED**

Jun 05 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET

**Instructions:** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

| | |
|---|---|
| **CASE NAME:** USA v. BELLA PHOENIX | **CASE NUMBER:** 3:24-cr-00310 CRB CR |
| **Is This Case Under Seal?** | Yes   No ✔ |
| **Total Number of Defendants:** | 1 ✔   2-7   8 or more |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes   No ✔ |
| **Venue (Per Crim. L.R. 18-1):** | SF ✔   OAK   SJ |
| **Is this a potential high-cost case?** | Yes   No ✔ |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes   No ✔ |
| **Is this a RICO Act gang case?** | Yes   No ✔ |
| **Assigned AUSA (Lead Attorney):** Christine Chen | **Date Submitted:** 06/05/2024 |

**Comments:**

RESET FORM     SAVE PDF

Form CAND-CRIM-COVER (Rev. 11/16)

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

BELLA PHOENIX,

a/k/a SAMANTHA HALL-RUTLEDGE,
a/k/a SAMANTHA RUTLEDGE,
a/k/a SERENA HALL,
a/k/a SERENA RUTLEDGE,
a/k/a SERENA BROSSARD,

DEFENDANT(S).

---

## INDICTMENT

18 U.S.C. § 654 – Employee of United States Converting Property of Another;
18 U.S.C. § 654 – Employee of United States Converting Property of Another Over $1,000

---

A true bill.

/s/ Foreperson of the Grand Jury
                                                    Foreman

Filed in open court this  5th   day of

June 2024

                                    /s/ Clerk signature
                                                    Clerk

/s/ Peter H. Kang        Bail, $  Summons
Hon. Peter H. Kang, U.S. Magistrate Judge

1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT
9                          NORTHERN DISTRICT OF CALIFORNIA
10                                 SAN FRANCISCO DIVISION
11  UNITED STATES OF AMERICA,           )  CASE NO.
                                        )
12         Plaintiff,                   )  VIOLATIONS:
                                        )  18 U.S.C. § 654 – Employee of United States
13     v.                               )  Converting Property of Another;
                                        )  18 U.S.C. § 654 – Employee of United States
14  BELLA PHOENIX,                      )  Converting Property of Another Over $1,000
       a/k/a SAMANTHA HALL-RUTLEDGE,    )
15     a/k/a SAMANTHA RUTLEDGE,         )  SAN FRANCISCO VENUE
       a/k/a SERENA HALL,               )
16     a/k/a SERENA RUTLEDGE,           )
       a/k/a SERENA BROSSARD,           )
17                                      )
           Defendant.                   )
18
19                                    I N D I C T M E N T
20  The Grand Jury charges:
21  COUNT ONE:       (18 U.S.C. § 654 – Employee of United States Converting Property of Another)
22         On or about January 17, 2021, in the Northern District of California, the defendant,
23                                       BELLA PHOENIX,
                                a/k/a SAMANTHA HALL-RUTLEDGE,
24                                 a/k/a SAMANTHA RUTLEDGE,
                                      a/k/a SERENA HALL,
25                                  a/k/a SERENA RUTLEDGE,
                                    a/k/a SERENA BROSSARD,
26
    being an officer or employee of the United States and any department and agency thereof, that is, the
27
    U.S. Department of Veterans Affairs, knowingly, intentionally, and wrongfully converted to her own use
28

    INDICTMENT

victim A.D.'s money and property, which came into her possession and control in the execution of her federal employment or under color and claim of authority as an officer or employee of the United States and any department and agency thereof, in violation of Title 18, United States Code, Section 654.

COUNT TWO: (18 U.S.C. § 654 – Employee of United States Converting Property of Another Over $1,000)

On or about January 29, 2021, in the Northern District of California, the defendant,

BELLA PHOENIX,
a/k/a SAMANTHA HALL-RUTLEDGE,
a/k/a SAMANTHA RUTLEDGE,
a/k/a SERENA HALL,
a/k/a SERENA RUTLEDGE,
a/k/a SERENA BROSSARD,

being an officer or employee of the United States and any department and agency thereof, that is, the U.S. Department of Veterans Affairs, knowingly, intentionally, and wrongfully converted to her own use over $1,000 of victim E.C.'s money and property, which came into her possession and control in the execution of her federal employment or under color and claim of authority as an officer or employee of the United States and any department and agency thereof, in violation of Title 18, United States Code, Section 654.

DATED: June 5, 2024                                             A TRUE BILL.


                                                                          */s/ Foreperson*
                                                                          FOREPERSON

ISMAIL J. RAMSEY
United States Attorney


*/s/ Christine Chen*
CHRISTINE CHEN
Special Assistant United States Attorney




INDICTMENT                                              2

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT    ☐ INFORMATION    ☒ INDICTMENT    ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

## OFFENSE CHARGED

18 U.S.C. § 654 – Employee of United States Converting Property of Another;
18 U.S.C. § 654 – Employee of United States Converting Property of Another Over $1,000

☐ Petty
☐ Minor
☒ Misdemeanor
☒ Felony

**PENALTY:** Count 1 - Max. Prison Term: 1 year, Max. Fine: $100,000, Max. Probation: 1 year, Mandatory Special Assessment: $25, Denial of Federal Benefits
Count 2 - Max. Prison Term: 10 years, Max. Fine: $250,000, Max. Probation: 3 years, Mandatory Special Assessment: $100, Denial of Federal Benefits

## DEFENDANT - U.S

▶ BELLA PHOENIX

DISTRICT COURT NUMBER

## PROCEEDING

**Name of Complaintant Agency, or Person (& Title, if any)**
Jason Farrell, Veterans Affairs OIG

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY    ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

**Name and Office of Person Furnishing Information on this form**    ISMAIL J. RAMSEY
☒ U.S. Attorney    ☐ Other U.S. Agency

**Name of Assistant U.S. Attorney (if assigned)**    Christine Chen

## DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction    ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No
If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☒ SUMMONS    ☐ NO PROCESS*    ☐ WARRANT

Bail Amount:

If Summons, complete following:
☒ Arraignment    ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address: [redacted]

Date/Time: 06/26/24, 10:30am    Before Judge: Beeler

Comments: